1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  DAVID M. PORTER, Bar # 127024
   Assistant Federal Defender
3  Counsel Designated for Serviced
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   IOSIF CAZA
7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) No. Cr. 06-0058 JAM
                                    )
12            Plaintiff,            )       **ORDER**
                                    )
13     v.                           )
                                    )
14 JAGPRIT SINGH SEKHON *et al.*,    )
                                    ) Judge:   Honorable John A. Mendez
15            Defendants.           )
                                    )
16 _____ )

17      Pursuant to the unopposed request of Defendant Iosif Caza, and

18 good cause appearing therefor, the reply to the reply to the opposition

19 to the motion for bail pending appeal may be filed on or before July

20 25, 2013.

21 Dated:  July 23, 2013

22                              /s/ John A. Mendez
                               HONORABLE JOHN A. MENDEZ
23                             United States District Court Judge

24

25

26

27

28