# Memorandum

United States Attorney's Office
Eastern District of California



| | | | |
|---|---|---|---|
| *Subject:* | **US v. Jagdip Sekhon & Manjit Rai 2:06-cr-058 JAM/EFB Evidentiary Hearing Schedule** | *Date:* | **November 30, 2016** |
| *To:* | **Honorable Edmund F. Brennan United States Magistrate Judge** | *From:* | **Jeremy J. Kelley  /s/ JJK U.S. Attorney's Office Eastern District of California** |

By a minute order, the Court vacated the previously set December 5, 2016, evidentiary hearing. *See* ECF No. 676.  Without taking a position on the motions filed by the petitioners in this case requesting counsel, the United States writes to inform the Court that an essential witness for the United States will not be available in February 2017.  Therefore, if the Court is considering setting a new date for an evidentiary hearing, the United States would request that the hearing be set in January or March 2017 as would accommodate the Court's own schedule.

Cc:

Jay Roadarmel

Manjit Kaur Rai

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on November 30, 2016, she served a copy of the Memorandum re Evidentiary Hearing by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Sacramento, California.

Addressee:

Manjit Kaur Rai
20 Templar Street
Brampton, ON  L6Y3A6
CANADA

/s/ Carrie D. Quirk
CARRIE D. QUIRK