**Status Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

### FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>**v.** )<br>)<br>**Iosif Caza** )<br>)<br>——————————————— ) | **Docket No.:  0972 2:06CR00058-001** |

On September 27, 2010, the above-named was sentenced to Supervised Release for a period of 3years.  Supervision commenced on November 16, 2015, and because of his overall compliance, he was placed on Low Risk Supervision on March 15, 2016.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.  It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

/s/ Tim D. Mechem

TIM D. MECHEM
Supervising United States Probation Officer

Dated:   February 6, 2017
Fresno, California
TDM/rmv

Brian J. Bedrosian
**REVIEWED BY:     BRIAN J. BEDROSIAN**
**Supervising United States Probation Officer**

1

Re:     **Iosif  Caza**
        **Docket No:   0972 2:06CR00058-001**
        **Report and Order Terminating**
        **<u>Prior to Original Expiration Date</u>**

---

# ORDER OF COURT

Pursuant to the above report, it is ordered that Iosif Caza be discharged from Supervised Release, and that the proceedings in the case be terminated.  **<u>The February 28, 2017 hearing date is vacated.</u>**

2/14/2017                                        /s/ John A. Mendez

**Date**                                         **John A. Mendez**
                                                 **United States District Court Judge**

cc:     AUSA (NAME) – Jeremy James Kelley
        FLU Unit – United States Attorney's Office
        Fiscal Clerk - Clerk's Office
        Supervisee - Iosif  Caza

2